SILVER SLIPPER CASINO VEN-TURE, LLC, et al., Counter Defendants–Appellants,

v.

ELI INVESTMENTS, LLC, Counter Claimant–Appellee.

No. 07–60737
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

March 13, 2008.

Joel J. Henderson, Henderson Dantone, Greenville, MS, for Counter Defendants–Appellants.

Robert Thomas Schwartz, Schwartz, Orgler & Jordan PLLC, Biloxi, MS, Laurence E. Best, Best Koeppel, New Orleans, LA, for Counter Claimant–Appellee.

Before HIGGINBOTHAM, STEWART and ELROD, Circuit Judges.

PER CURIAM: *

Plaintiffs–Appellants appeal the district court's dismissal of their complaint for lack of admiralty jurisdiction under 28 U.S.C. § 1333(1). For the reasons articulated in our recent opinion, *Silver Slipper Casino Venture, LLC, et al. v. Eli Investments, LLC,* No. 07–60330, we affirm the district court's ruling.

**AFFIRMED.**

* Pursuant to Fifth Circuit Rule 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Rule 47.5.4.